**FILED**
United States Court of Appeals
Tenth Circuit

**July 21, 2017**

Elisabeth A. Shumaker
Clerk of Court

## UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT
_____

| | |
|---|---|
| PUBLIC SERVICE COMPANY OF NEW MEXICO, a New Mexico corporation,<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>LORRAINE BARBOAN, a/k/a, Larene H. Barboan, et al.,<br><br>    Defendants - Appellees,<br><br>and<br><br>APPROXIMATELY 15.49 ACRES OF LAND IN MCKINLEY COUNTY, NEW MEXICO, et al.,<br><br>    Defendants.<br><br>------------------------------<br><br>GPA MIDSTREAM ASSOCIATION, et al.,<br><br>    Amici Curiae. | No. 16-2050 |

_____

**ORDER**
_____

Before **BACHARACH**, **PHILLIPS**, and **McHUGH**, Circuit Judges.
_____

  Appellant's petition for rehearing is denied.

The petition for rehearing en banc was transmitted to all of the judges of the court who are in regular active service. As no member of the panel and no judge in regular active service on the court requested that the court be polled, that petition is also denied.

                                        Entered for the Court

                                        ELISABETH A. SHUMAKER, Clerk